D. Faircloth, Joe Thomas and C. G. Wiggins, a co-part-
nership doing business under the style and firm name
of D. Faircloth & Company, Plaintiffs in Error, v.
W. J. Hart, Defendant in Error.

Filed May 31, 1916.

Writ of Error to Circuit Court, Santa Rosa County;
A. G. Campbell, Judge.

Judgment affirmed.

*J. T. Wiggins* and *Watson & Pasco,* for Plaintiffs in
Error;

*Clark & Magaha,* for Defendant in Error.

---

National Union Fire Insurance Company, a Corporation,
Plaintiff in Error, v. J. M. Harper, Defendant in
Error.

Filed May 31, 1916.

Writ of Error to Circuit Court, Jackson County; D.
J. Jones, Judge.

Judgment affirmed.

*J. M. Calhoun* and *Milton Pledger,* for Plaintiff in
Error;

*James H..Finch,* for Defendant in Error.